IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 12 2010
BY
DEPUTY

| | | |
|---|---|---|
| CASTLE HILLS PROPERTY COMPANY, | § § | |
| Plaintiff, | § § | |
| VS. | § | Case No. 4:10cv6 |
| | § | |
| CAPX REALTY, LLC, and EAGLE GOLF, | § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 12, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. 5) be GRANTED.

The court, having made a *de novo* review of the objections raised by Defendant and Plaintiff's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plaintiff's Motion to Remand (Dkt. 5) is GRANTED.

**IT IS SO ORDERED.**

SIGNED this 9TH day of July, 2010.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE